UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:21-CR-00238

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO** |
| v. ) | **DISMISS THE INDICTMENT** |
| ) | **WITHOUT PREJUDICE** |
| EDUARDO TURRUBIARTES RODRIGUES ) | |

This matter comes before the Court on the Government's motion to dismiss the indictment without prejudice. (Doc. No. 4). Leave of Court is hereby **GRANTED** for the dismissal, without prejudice, of the Bill of Indictment in the above-captioned case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: August 8, 2024

Max O. Cogburn Jr.
United States District Judge